```
                                    IT IS HEREBY ADJUDGED
                                    and DECREED this is SO
                                    ORDERED.
                                    The party obtaining this order is responsible for
                                    noticing it pursuant to Local Rule 9022-1.
```

**TIFFANY & BOSCO**
P.A.

**Dated: December 09, 2009**



2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000          /s/ Randolph J. Haines
FACSIMILE: (602) 255-0192          **RANDOLPH J. HAINES**
                                   **U.S. Bankruptcy Judge**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-21047/12314187

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| IN RE: | No. 2:09-bk-14305-RJH |
|---|---|
| William Glen Bratcher and Deabora Noble Bratcher Debtors. | Chapter 7 |
| CitiMortgage, Inc. Movant, vs. | O R D E R (Related to Docket # 18) |
| William Glen Bratcher and Deabora Noble Bratcher, Debtors; Brian J. Mullen, Trustee. Respondents. | |

    This matter having come before the Court for a Preliminary Hearing on December 2, 2009, Movant appearing by and through its attorney, Tiffany & Bosco, P.A., Debtor s appearing by and through their counsel, Bert L. Roos, and good cause appearing,

    **IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated, **effective February 3, 2010**, as to Movant with respect to that certain real property which is subject of a Deed of Trust dated June 2, 2006,

and recorded on June 8, 2006, in the office of the Maricopa County Recorder at wherein CitiMortgage, Inc. is the current beneficiary and William Glen Bratcher and Deabora Noble Bratcher have an interest in, further described as:

Lot 160, of DEER VALLEY ESTATES, according to the Plat of Record in the Office of the County Recorder of Maricopa County, Arizona, recorded in Book 437 of Maps, Page 20.

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtors converts this case to another chapter under the U.S. Bankruptcy Code.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT